IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**MELVIN L. SMITH**,

Defendant

NO. 5: 06-PO-11-05 (CWH)

**VIOLATION: TRESPASSING - RAFB**

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #3) filed herein by counsel for the

United States, and for cause shown, said motion is GRANTED.  This proceeding against defendant

MELVIN L. SMITH is DISMISSED *without prejudice*.

SO ORDERED AND DIRECTED, this 15th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE